**No. 10-8328. Abdurrahman Cetin, Petitioner v. United States.**

562 U.S. 1242, 131 S. Ct. 1531, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1235.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 179.

**No. 10-8330. Raul Arvid Cantu, aka Victor Alarcon, Petitioner v. United States.**

562 U.S. 1242, 131 S. Ct. 1531, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1212.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 12.

**No. 10-8331. Angelo Chambliss, Petitioner v. United States.**

562 U.S. 1242, 131 S. Ct. 1531, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1232.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 398 Fed. Appx. 142.

**No. 10-8334. Manuel Cardenas, Petitioner v. United States.**

562 U.S. 1242, 131 S. Ct. 1532, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1242.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8338. Hitham Abuhouran, Petitioner v. T. R. Sniezek, Warden.**

562 U.S. 1242, 131 S. Ct. 1532, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1171.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 392 Fed. Appx. 78.

**No. 10-8341. Mitchell Allen Jensen, Petitioner v. Missouri.**

562 U.S. 1243, 131 S. Ct. 1532, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1209.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Missouri denied.

**No. 10-8343. Eric Lewis, Petitioner v. Patricia Stansberry, Warden, et al.**

562 U.S. 1243, 131 S. Ct. 1532, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1125.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 928.

**No. 10-8345. Theodore Jenkins, Petitioner v. New York City Department of Homeless Services.**

562 U.S. 1243, 131 S. Ct. 1532, 179 L. Ed. 2d 347, 2011 U.S. LEXIS 1112.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 81.